IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK KISCIRAS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Civil Case Number: 3:22-cv-06978-ZNQ-TJB |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the parties hereby stipulate to a dismissal of all of Plaintiff's claims against Defendant in the above-captioned matter, without prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:       January 30, 2023

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
(732) 695-3282
Email: yzelman@marcuszelman.com
*Attorneys for Plaintiff*

So Ordered this 31st day of January, 2023

_____
Hon. Zahid N. Quraishi
United States District Judge